IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

DONG WANG,                          )
                                    )
    Petitioner,                     )
                                    )
v.                                  )        CV 326-034
                                    )
WARDEN JODY YANCEY,                 )
                                    )
    Respondent.                     )

_____

**ORDER**

_____

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion, **DISMISSES** this case without prejudice, and **CLOSES** this civil action.

SO ORDERED this 29th day of July, 2026, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE